MICHAEL H. MEYER
CHAPTER 13 TRUSTEE
U.S. BANKRUPTCY COURT
P.O. BOX 6609
SANTA ROSA, CALIFORNIA 95406
TELEPHONE (707) 544-5500



FILED
OCT 1 2 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) Case No.:03-10134
)
) **NOTICE OF UNCLAIMED DIVIDEND(S)**
)
CARL WAYNE SHAW )
)
)

**TO THE CLERK, UNITED STATES BANRUPTCY COURT:**
Pursuant to Federal Rule Of Bankruptcy Procedure 3011, the Trustee in the below referenced case turns over to the Court check number 4063874 for unclaimed dividends in the amount of $    1,303.22 .
The name and address of the claimant entitled to the unclaimed dividends are as follows:

| CLAIM# | CREDITOR | AMOUNT |
|---|---|---|
| 0019 | GREAT EXPECTATIONS<br>FAIR FINANCIALS<br>AKRON, OH 44305 | $ 1303.22 |

Dated: 10/7/05

MICHAEL H. MEYER, CHAPTER 13 TRUSTEE