# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re:

**CARL WAYNE SHAW**  
**1347 SOUTHWEST BLVD #A**  
**ROHNERT PARK, CA**  
 **94928**

 **DEBTOR(S)**

Case No.: 03-10134-A-13

UNITED STATES BANKRUPTCY COURT  
99 SOUTH "E" STREET  
SANTA ROSA, CALIFORNIA  95404

---

## SUMMARY OF TRUSTEE'S FINAL ACCOUNT

---

The case was commenced on Jan 22, 2003.  
The Plan was confirmed on Mar 27, 2003.  
The Date of Final Distribution is Sep 29, 2005.

Your Account Number is COURT CLERK          .  
Your Claim was recorded as number 0000 and was classified as  
NOTICE ONLY

The Report is summarized as follows:

| | |
|---|---:|
| RECEIPTS | 32,204.31 |
| **PAID CLAIMANTS** | |
| SECURED | 10,874.15 |
| PRIORITY | .00 |
| UNSECURED | 15,686.23 |
| OTHER | .00 |
| **ADMINISTRATION COSTS** | |
| FILING FEES | .00 |
| NOTICING FEES | .00 |
| TRUSTEE FEES | 3,010.55 |
| DEBTOR'S ATTORNEY | 1,300.00 |
| RETURNED DEBTOR REFUNDS | 1,333.38 |
| TOTAL DISBURSED | 32,204.31 |

YOU ARE FURTHER NOTIFIED THAT UNLESS AN OBJECTION IS FILED WITHIN 30 DAYS FROM THE DATE OF THIS NOTICE AND SUMMARY, THE ESTATE WILL BE CLOSED AND THE TRUSTEE AND THE SURETY ON THE TRUSTEE'S BOND WILL BE RELEASED.

DATED: Nov 29, 2005

MICHAEL H. MEYER
CHAPTER 13 TRUSTEE
P O BOX 6609
SANTA ROSA, CA 95406-0609
(707) 544-5500

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In Re: ) CASE NO.: 03-10134-A-13
)
CARL WAYNE SHAW )
(SSN: XXX-XX-4943) )
)
)
)
)
Debtor(s). ) CERTIFICATE OF SERVICE
)

    I hereby certify that I am employed in the County of Sonoma, am over the age of eighteen years and am not a party to the within cause of action. My business address is P O Box 6609 Santa Rosa, California 95406-0609.

    On November 29, 2005, I served the

**SUMMARY OF FINAL REPORT AND ACCOUNT**

on the interested parties by placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid with the Trusteeship's mail room personnel for mailing in the United States mail at Santa Rosa, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

**FORD MOTOR CREDIT COMPANY**
    DRAWER 55-953  P.O. BOX 55000  DETROIT, MI  48255-2953
**FORD MOTOR CREDIT CO.**
    C/O CORRESPONDENCE  PO BOX 543099  OMAHA, NE  68154
**MORTGAGE ELECTRONIC REG. SYS.**
    PRINCIPAL RESIDENTIAL MORTGAGE  711 HIGH STREET  DES MOINES, IA  50392-0840
**TOM FORD-TAX COLLECTOR**
    SONOMA COUNTY TAX COLLECTOR  585 FISCAL DRIVE, RM 100  SANTA ROSA, CA  95403
**INTERNAL REVENUE SERVICE**
    1301 CLAY STREET  STOP 1400S  OAKLAND, CA  94612-5210
**FRANCHISE TAX BOARD**
    SPECIAL PROCEDURES  P.O. BOX 2952  SACRAMENTO, CA  95812-2952
**UNITED STATES BANKRUPTCY CT**
    99 SOUTH "E" STREET  SANTA ROSA, CALIFORNIA   95404
**CAPITAL ONE**
    P O BOX 85167  RICHMOND,VA   23285
**RISK MANAGEMENT ALTERNATIVE**
    7324 SW FREEWAY, SUITE 1200  HOUSTON, TX   77074

| | |
|---|---|
| 1 | **COUNTY OF SONOMA** |
| | MENTAL HEALTH DEPARTMENT  1313 CHANATE ROAD  SANTA ROSA, CA  95404 |
| 2 | **DIRECT TV** |
| | PO BOX 54000  LOS ANGELES, CA  90054 |
| 3 | **DIRECT TV** |
| | PO BOX 78627  PHOENIX, AZ  85062 |
| 4 | **NATIONWIDE CREDIT** |
| | P.O. BOX 740603  ATLANTA, GA  30374-0603 |
| 5 | **NATION WIDE CREDIT, INC** |
| | 2015 VAUGHN ROAD NW, STE 400  KENNESAW, GA  30144-7802 |
| 6 | **GM LATHAM, DDS** |
| | 1260 N DUTTON AVENUE, STE 290  SANTA ROSA, CA  95401-4659 |
| 7 | **TROJAN PROFESSIONAL SERVICES** |
| | PO BOX 1270  LOS ALAMITOS, CA  90720-1270 |
| 8 | **GREAT EXPECTATIONS** |
| | FAIR FINANCIALS  PO BOX 9426  AKRON, OH  44305 |
| 9 | **KAISER PERMANENTE** |
| | CORRESPONDENCE  PO BOX 23127  SAN DIEGO, CA  92193-3127 |
| 10 | **USCB, INC.** |
| | A CALIFORNIA CORPORATION  125 S. VERMONT AVENUE  LOS ANGELES, CA  90004 |
| 11 | **USCB INC** |
| | 701 HOWE AVE #A2  SACRAMENTO, CA  95825 |
| 12 | **MCI** |
| | PO BOX 52252  PHOENIX, AZ  85072-2252 |
| 13 | **MCI CONSUMER MARKETS** |
| | PO BOX 4450  BRIDGETON, MO  63044 |
| 14 | **SPRINT PCS** |
| | PO BOX 79357  CITY OF INDUSTRY, CA  91716-9357 |
| 15 | **DIVERSIFIED ADJUSTMENT SERVICE** |
| | PO BOX 32145  MINNEAPOLIS, MN  55432 |
| 16 | **DIVERSIFIED ADJUSTMENT SERVICE** |
| | 600 COON RAPIDS BLVD  MINNEAPOLIS, MN  55433 |
| 17 | **PAYMENT CENTER** |
| | US DEPT OF EDUCATION  PO BOX 530260  ATLANTA, GA  30353-0260 |
| 18 | **VERIZON WIRELESS N-CA** |
| | C/O BASS & ASSOCIATES PC  3936 E FT LOWELL #200  TUCSON, AZ  85712 |
| 19 | **ER SOLUTIONS, INC** |
| | PO BOX 9004  RENTON, WA  98057-9004 |
| 20 | **ER SOLUTIONS** |
| | 500 SW 7TH STREET  RENTON, WA  98055 |
| 21 | **WELLS FARGO BANK** |
| | 100 RALEY'S TOWN CENTER  ROHNERT PARK CA  94928 |
| 22 | **THE BUCKLEY FIRM** |
| | 26522 LA ALAMEDA, STE 200  MISSION VIEJO, CA  92691 |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 29, 2005 , Santa Rosa, California.

*Cindy Bennie*
_____
Cindy Bennie